# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES CARNE

JUDGMENT IN A CIVIL CASE

v.

SCOTT A. FULTON, *et al.*,

CASE NUMBER: C08-5726RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Plaintiff's causes of action are DISMISSED without prejudice.

The remainder of the filing fee owed by Plaintiff is waived.

March 30, 2009                                   BRUCE RIFKIN
Date                                                      Clerk


                                                        *s/CM Gonzalez*
                                                        Deputy Clerk