UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES CORNE,

            Plaintiff,

v.

SCOTT A. FULTON, et al.,

            Defendants.

Case No. C08-5726RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Letter/Motion to Refund His Filing Fee [Dkt. #10]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The record reflects that on January 28, 2008, the Court granted plaintiff's Application to Proceed *In Forma Pauperis* and directed the State to calculate, collect, and forward payment of the filing fee to the Clerk. The Clerk received a payment from the State of $8.69 on March 10, 2009. On March 30, 2009, Judgment was entered dismissing this matter and ordering that the remainder of the filing fee be waived. Thereafter, the Clerk received two payments totaling $34.05 from the State towards plaintiff's filing fee. The Clerk's record reflects that on May 29, 2009, a check for $34.05 was mailed to plaintiff, addressed to him at his current address. Therefore, plaintiff has been refunded the money paid towards his filing fee since the date of the Judgment. Plaintiff's Letter/Motion [Dkt. #10] is **DENIED.**

1 | Counsel for the defendants shall provide a copy of this Order and the Judgment to the person at
2 | the State Department of Corrections responsible for collecting the fee from plaintiff's inmate account.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 27th day of October, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE